IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRISTOPHER J. CARBIN**                                                                                **PLAINTIFF**

v.                                                                                                                   **No. 3:22CV79-RP**

**TATE COUNTY BOARD OF SUP., ET AL.**                                  **DEFENDANTS**

**ORDER DISMISSING CASE FOR FAILURE
TO PAY THE FILING FEE.**

This matter comes before the court on the objection [11] by the plaintiff to the court's order requiring the plaintiff to pay the full filing fee within 21 days. The court denied the plaintiff's motion to proceed as a pauper under the "three strikes" provision of the Prison Litigation Reform Act found in 28 U.S.C. § 1915(g). The plaintiff did not pay the filing fee by the June 1, 2022, deadline, and he has not shown that he is "under imminent danger of serious physical injury." *Id*. As such, the instant case is **DISMISSED** without prejudice for failure to pay the filing fee.

**SO ORDERED**, this, the 14th day of June, 2022.

                                                                                        /s/ Roy Percy
                                                                                        UNITED STATES MAGISTRATE JUDGE